# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140630(42)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                             SC: 140630
                                             COA: 288540

MICHAEL JAMES PERREAULT,
      Defendant-Appellee.
                                             Grand Traverse CC: 08-010586-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 21, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, C.J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                                           _____
d0830                                                            Clerk